# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: PLATTS, HOYT V. | § Case No. 10-16522 |
| PLATTS, SUSAN M. | § |
| LLC, PARTY BARN | § |
| Debtor(s) , BLOWERS | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that DEBORAH K. EBNER                 , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   Will County Court Annex Building, 57 North Ottawa Street, Joliet, IL 60432

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 08/12/2011 in Courtroom 201, United States Courthouse, Will County Court Annex Building, 57 North Ottawa Street, Joliet, IL 60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.


Date Mailed:  06/30/2011         By:  /s/DEBORAH K. EBNER
                                                Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603
(312) 922-3838

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: PLATTS, HOYT V. § | Case No. 10-16522 |
| PLATTS, SUSAN M. § | |
| LLC, PARTY BARN § | |
| Debtor(s), BLOWERS § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 13,000.14 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 13,000.14 |
| **Balance on hand:** | $ 13,000.14 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 13,000.14 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - DEBORAH K. EBNER | 2,050.01 | 0.00 | 2,050.01 |
| Trustee, Expenses - DEBORAH K. EBNER | 72.96 | 0.00 | 72.96 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 2,122.97 |
| Remaining balance: | $ 10,877.17 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|  |  |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $ 0.00 |
| Remaining balance: | $ 10,877.17 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |
|---|---|
| Total to be paid for priority claims: | $ 0.00 |
| Remaining balance: | $ 10,877.17 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 309,066.62 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 14,666.23 | 0.00 | 516.16 |
| 2 | Discover Bank | 16,252.91 | 0.00 | 572.00 |
| 3 | Impact Innovations | 750.58 | 0.00 | 26.42 |
| 5 | Chase Bank USA, N.A. | 14,887.17 | 0.00 | 523.93 |
| 6 | Chase Bank USA, N.A. | 23,473.63 | 0.00 | 826.12 |
| 7 | Chase Bank USA, N.A. | 9,415.34 | 0.00 | 331.36 |
| 8 | Capital One Bank(USA),NA by American Infosource Lp As Agent | 8,504.73 | 0.00 | 299.31 |
| 9 | Capital One Bank (USA),NA by American Infosource Lp As Agent | 17,560.60 | 0.00 | 618.02 |
| 10 | Advanta Bank Corp. in receivership of FDIC | 3,314.70 | 0.00 | 116.66 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 11 | GE Money Bank | 369.39 | 0.00 | 13.00 |
| 12 | Fifth Third Bank | 18,622.59 | 0.00 | 655.40 |
| 13 | Capital Recovery III LLCc/o Recovery Management Systems Corp | 25,299.42 | 0.00 | 890.38 |
| 14 | Capital Recovery III LLCc/o Recovery Management Systems Corp | 11,685.02 | 0.00 | 411.24 |
| 15 | Capital Recovery III LLCc/o Recovery Management Systems Corp | 5,479.42 | 0.00 | 192.84 |
| 16 | Capital Recovery III LLCc/o Recovery Management Systems Corp | 18,240.98 | 0.00 | 641.96 |
| 17 | Capital Recovery III LLCc/o Recovery Management Systems Corp | 3,247.73 | 0.00 | 114.30 |
| 18 | Capital Recovery III LLCc/o Recovery Management Systems Corp | 17,112.11 | 0.00 | 602.24 |
| 19 | American Express Bank, FSB | 2,300.83 | 0.00 | 80.97 |
| 20 | American Express Centurion Bank | 537.53 | 0.00 | 18.92 |
| 21 | Fia Card ServicesNA / BOA by American Infosource Lp As Agent | 4,890.08 | 0.00 | 172.10 |
| 22 | Fia Card Services, NA/BOA by American Infosource Lp As Agent | 5,849.94 | 0.00 | 205.88 |
| 23 | Fia Card Services, NA/BOA by American Infosource Lp As Agent | 9,288.19 | 0.00 | 326.88 |
| 24 | 18 Larken LLC | 77,317.50 | 0.00 | 2,721.08 |

Total to be paid for timely general unsecured claims:      $      10,877.17
Remaining balance:      $      0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for tardy general unsecured claims:      $      0.00
Remaining balance:      $      0.00

**UST Form 101-7-NFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By:  /s/DEBORAH K. EBNER
                     Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603
(312) 922-3838

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                           United States Bankruptcy Court
                           Northern District of Illinois

In re:                                                          Case No. 10-16522-BWB
Hoyt V. Platts                                                  Chapter 7
Susan M. Platts
       Debtors                    CERTIFICATE OF NOTICE
District/off: 0752-1          User: kseldon              Page 1 of 2                   Date Rcvd: Jul 05, 2011
                              Form ID: pdf006            Total Noticed: 60


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 07, 2011.
db/jdb        +Hoyt V. Platts,    Susan M. Platts,    1711 Mason Avenue,    Joliet, IL 60435-5725
aty           +Ariane Holtschlag,    Grochocinski, Grochocinski & Lloyd, Ltd.,     1900 Ravinia Place,
                Orland Park, IL 60462-3760
tr            +Deborah Kanner Ebner,    11 E Adams St,    Suite 904,    Chicago, IL 60603-6306
15415829      +18 Larken, LLC,    c/o Adrian P. Zeno,    150 N. Michigan Ave, #2800,    Chicago, IL 60601-7586
15415833      +AT&T,   Bankruptcy Department,    P. O. Box 769,    Arlington, TX 76004-0769
15415830      +Advanta Bank Corp.,    PO Box 3001,    Malvern, PA 19355-0701
16111465       Advanta Bank Corp. in receivership of,     FDIC,    c o Becket and Lee LLP,    POB 3001,
                Malvern, PA 19355-0701
15415831       American Express,    P.O. Box 0001,    Los Angeles, CA 90096-8000
16367123       American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
16367124       American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
15415834       Bank of America,    P.O. Box 15726,    Wilmington, DE 19886-5726
15415835       Bank of America,    Business Card,    P.O. Box 15710,    Wilmington, DE 19886-5710
15415837      +Bunzl,   7034 Brookville Road,    Indianapolis, IN 46239-1006
15415847     ++CITIBANK,    PO BOX 20487,    KANSAS CITY MO 64195-0487
               (address filed with court: Citi Cards,     P.O. Box 6405,    The Lakes, NV 88901-6405)
15415839      +Capital One Bank (USA), N.A.,    P.O. Box 6492,    Carol Stream, IL 60197-6492
16050847       Capital One Bank (USA), N.A.,    by American Infosource Lp As Agent,     PO Box 248839,
                Oklahoma City, OK 73124-8839
16025607       Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
15415841      +Chase Card Services,    Cardmember Service,    P.O. Box 15153,    Wilmington, DE 19886-5153
15415842      +Christmas Source,    3114 Grays Ferry Avenue,    Philadelphia, PA 19146-3429
15415843      +Citi,   Box 6000,    The Lakes, NV 89163-0001
15415844       Citi,   P. O. Box 44167,    Greenville, FL 32331
15415846      +Citi Cards,    P.O. Box 688903,    Des Moines, IA 50368-8903
15415845      +Citi Cards,    P.O. Box 688905,    Des Moines, IA 50368-8905
15415850      +Department of Busness Affairs,    121N. LaSalle Street, Room 800,    Chicago, IL 60602-1237
15415852      +Discover Card,    c/o Nationwide Credit, Inc.,    P.O. Box 740640,    Atlanta, GA 30374-0640
15415853      +Discover Financial Services,    c/o Capital Management Services, LP,
                726 Exchange Street, Suite 700,    Buffalo, NY 14210-1464
15415854      +Dream Girl,    3653 Sierra Pine Avenue,    Los Angeles, CA 90058-4122
15415855      +Fifth Third Bank,    P.O. Box 740789,    Cincinnati, OH 45274-0789
16203996      +Fifth Third Bank,    PO Box 829009,    Dallas, TX 75382-9009
15415856      +Fifth Third Bank,    c/o Markoff & Krasny,    29 N. Wacker Drive, #500,    Chicago, IL 60606-3227
15415857       First Equity Card Corp.,    P.O. Box 23029,    Columbus, GA 31902-3029
15681990      +Franco American,    84-00 73rd Avenue,    Glendale, NY 11385-7900
15415858      +Fun Express,    5455 S. 90th Street,    Omaha, NE 68127-3501
15415859      +General Gift,    1641 W. Collins Avenue,    Orange, CA 92867-5420
15415860      +Glitterwrap,    701 Ford Road,    Rockaway, NJ 07866-2053
15415862      +HSBC Card Services,    P.O. Box 17051,    Baltimore, MD 21297-1051
15415861      +Hallmark,    2501 McGee,    Kansas City, MO 64108-2600
15681991     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                PHILADELPHIA PA 19101-7346
               (address filed with court: Internal Revenue Service,     Centralized Insolvency Operations,
                PO Box 21126,    Philadelphia, PA 19114)
15415863       Impact Innovations,    223 SE 1st Avenue,    Clara City, MN 56222
15415865       LVNV Funding, LLC,    c/o Weltman Weinberg & Reis,    PO Box 93784,    Cleveland, OH 44101-5784
15415866      +Marjack Candy,    1900 Clarkson Way,    Hyattsville, MD 20785-3221
15415867      +Mayflower,    1155 Medallion Drive,    Saint Paul, MN 55120-1220
15415869      +Party Club of America,    PO box 1419,    Ennis, TX 75120-1419
15415872      +Sears Credit Cards,    P.O. Box 183082,    Columbus, OH 43218-3082
15415871      +Sears Credit Cards,    P.O. Box 6282,    Sioux Falls, SD 57117-6282
15415873       Smiffy’s,   P.O. Box 1009,    Spring Valley, CA 91979-1009
15415875      +US Balloon,    140 58th Street,    Brooklyn, NY 11220-2521
15415874      +Unique,    2400 S. Weccacoe Avenue,    Philadelphia, PA 19148-4222

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15415832      +E-mail/Text: KJohnson@AGCFCU.org Jul 05 2011 23:41:01     American Greetings,   One American Road,
                Cleveland, OH 44144-2398
16285518       E-mail/PDF: rmscedi@recoverycorp.com Jul 05 2011 23:49:39      Capital Recovery III LLC,
                c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
15415840       E-mail/Text: BK.Notifications@jpmchase.com Jul 05 2011 23:08:25      Chase Auto Finance,
                P.O. Box 78067,    Phoenix, AZ 85062-8067
15415848      +E-mail/Text: legalcollections@comed.com Jul 05 2011 23:22:05      ComEd,   Customer Care Center,
                P.O. Box 805379,    Chicago, IL 60680-4179
15415849      +E-mail/Text: roy.steele@hoffmaster.com Jul 05 2011 23:22:30      Creative Expressions,
                P.O. Box 500900,    Saint Louis, MO 63160-0001
15967456       E-mail/PDF: mrdiscen@discoverfinancial.com Jul 05 2011 23:48:37      Discover Bank,
                Dfs Services LLC,    PO Box 3025,   New Albany, OH 43054-3025
15415851       E-mail/PDF: mrdiscen@discoverfinancial.com Jul 05 2011 23:48:37      Discover Card,
                P.O. Box 6103,    Carol Stream, IL 60197-6103
```

```
District/off: 0752-1              User: kseldon               Page 2 of 2                 Date Rcvd: Jul 05, 2011
                                  Form ID: pdf006             Total Noticed: 60
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
16370212       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 05 2011 23:47:29
               Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,   PO Box 248809,
               Oklahoma City, OK   73124-8809
16134733       E-mail/PDF: gecsedi@recoverycorp.com Jul 05 2011 23:49:38       GE Money Bank,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
15415864      +E-mail/PDF: claimbnk@studentloan.org Jul 05 2011 23:50:16       Iowa Student Loan,
               6805 Vista Dr.   #1,    West Des Moines, IA 50266-9307
15415868      +E-mail/Text: bankrup@nicor.com Jul 05 2011 23:06:57       Nicor,    Attn:  Bankruptcy & Collections,
               P.O. Box 549,    Aurora, IL 60507-0549
15415870      +E-mail/PDF: gecsedi@recoverycorp.com Jul 05 2011 23:49:38       PayPal Buyer Credit,
               C/O Recovery Management Systems Corp,    Attn Ramesh Singh,   25 S.E. 2nd Avenue Suite 1120,
               Miami, FL 33131-1605
                                                                                               TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15415836*     +Bank of America,    Business Card,    P.O. Box 15710,    Wilmington, DE 19886-5710
15415838    ##+Capital One,    P.O. Box 85617,    Richmond, VA 23285-5617
                                                                                   TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 07, 2011**               **Signature:**    *Joseph Speetjens*