# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: PLATTS, HOYT V.  
      PLATTS, SUSAN M.  
      LLC, PARTY BARN  
      , BLOWERS  
                Debtors

Case No. 10-16522

Chapter 7

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DEBORAH K. EBNER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $0.00  
*(without deducting any secured claims)*

Assets Exempt: $29,812.79

Total Distribution to Claimants: $10,877.41

Claims Discharged  
Without Payment: $501,417.58

Total Expenses of Administration: $2,122.97

---

3) Total gross receipts of $ 13,000.38 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $13,000.38 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,122.97 | 2,122.97 | 2,122.97 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 855.14 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 475,531.14 | 311,359.00 | 309,066.62 | 10,877.41 |
| **TOTAL DISBURSEMENTS** | $476,386.28 | $313,481.97 | $311,189.59 | $13,000.38 |

    4) This case was originally filed under Chapter 7 on April 14, 2010. The case was pending for 23 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/21/2012          By: /s/DEBORAH K. EBNER
                                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Joint debtor has a 1/5 interest in the Estate of | 1129-000 | 13,000.00 |
| Interest Income | 1270-000 | 0.38 |
| **TOTAL GROSS RECEIPTS** | | **$13,000.38** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEBORAH K. EBNER | 2100-000 | N/A | 2,050.01 | 2,050.01 | 2,050.01 |
| DEBORAH K. EBNER | 2200-000 | N/A | 72.96 | 72.96 | 72.96 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 2,122.97 | 2,122.97 | 2,122.97 |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Intrenal Revenue Service | 5800-000 | 855.14 | N/A | N/A | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 855.14 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 12,339.55 | 14,666.23 | 14,666.23 | 516.17 |
| 2 | Discover Bank | 7100-000 | 15,371.32 | 16,252.91 | 16,252.91 | 572.01 |
| 3 | Impact Innovations | 7100-000 | 250.58 | 750.58 | 750.58 | 26.42 |
| 4 | Discover Bank | 7100-000 | N/A | 2,292.38 | 0.00 | 0.00 |
| 5 | Chase Bank USA, N.A. | 7100-000 | 14,887.17 | 14,887.17 | 14,887.17 | 523.94 |
| 6 | Chase Bank USA, N.A. | 7100-000 | 23,473.63 | 23,473.63 | 23,473.63 | 826.14 |
| 7 | Chase Bank USA, N.A. | 7100-000 | 9,415.34 | 9,415.34 | 9,415.34 | 331.37 |
| 8 | Capital One Bank(USA),NA by American Infosource Lp As | 7100-000 | 7,271.48 | 8,504.73 | 8,504.73 | 299.32 |
| 9 | Capital One Bank (USA),NA by American Infosource Lp As | 7100-000 | 13,466.53 | 17,560.60 | 17,560.60 | 618.03 |
| 10 | Advanta Bank Corp. in receivership of FDIC | 7100-000 | 3,327.75 | 3,314.70 | 3,314.70 | 116.66 |
| 11 | GE Money Bank | 7100-000 | 369.39 | 369.39 | 369.39 | 13.00 |
| 12 | Fifth Third Bank | 7100-000 | N/A | 18,622.59 | 18,622.59 | 655.41 |
| 13 | Capital Recovery III LLCc/o Recovery Management Systems | 7100-000 | 23,404.59 | 25,299.42 | 25,299.42 | 890.40 |
| 14 | Capital Recovery III LLCc/o Recovery Management Systems | 7100-000 | 10,092.35 | 11,685.02 | 11,685.02 | 411.25 |
| 15 | Capital Recovery III LLCc/o Recovery Management Systems | 7100-000 | 4,873.38 | 5,479.42 | 5,479.42 | 192.84 |
| 16 | Capital Recovery III LLCc/o Recovery Management Systems | 7100-000 | 15,775.14 | 18,240.98 | 18,240.98 | 641.98 |

**UST Form 101-7-TDR (10/1/2010)**

| # | Creditor | Code | Amount | Column 2 | Column 3 | Column 4 |
|---|---|---|---:|---:|---:|---:|
| 17 | Capital Recovery III LLCc/o Recovery Management Systems | 7100-000 | 2,476.51 | 3,247.73 | 3,247.73 | 114.30 |
| 18 | Capital Recovery III LLCc/o Recovery Management Systems | 7100-000 | 15,382.89 | 17,112.11 | 17,112.11 | 602.25 |
| 19 | American Express Bank, FSB | 7100-000 | 2,249.93 | 2,300.83 | 2,300.83 | 80.98 |
| 20 | American Express Centurion Bank | 7100-000 | 529.53 | 537.53 | 537.53 | 18.92 |
| 21 | Clerk of US Bankruptcy Court - Fia Card ServicesNA / BOA | 7100-001 | 4,890.08 | 4,890.08 | 4,890.08 | 172.10 |
| 22 | Clerk of US Bankruptcy Court - Fia Card Services, NA/BOA | 7100-001 | 5,849.94 | 5,849.94 | 5,849.94 | 205.89 |
| 23 | Clerk of US Bankruptcy Court - Fia Card Services, NA/BOA | 7100-001 | 9,288.19 | 9,288.19 | 9,288.19 | 326.89 |
| 24 | 18 Larken LLC | 7100-000 | 77,317.50 | 77,317.50 | 77,317.50 | 2,721.14 |
| NOTFILED | Dream Girl | 7100-000 | 380.87 | N/A | N/A | 0.00 |
| NOTFILED | Party Club of America | 7100-000 | 2,209.95 | N/A | N/A | 0.00 |
| NOTFILED | Smiffy's | 7100-000 | 229.29 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America Business Card | 7100-000 | 5,289.03 | N/A | N/A | 0.00 |
| NOTFILED | Unique | 7100-000 | 716.28 | N/A | N/A | 0.00 |
| NOTFILED | Bunzl | 7100-000 | 354.83 | N/A | N/A | 0.00 |
| NOTFILED | Nicor | 7100-000 | 342.45 | N/A | N/A | 0.00 |
| NOTFILED | First Equity Card Corp. | 7100-000 | 5,321.66 | N/A | N/A | 0.00 |
| NOTFILED | ComEd Customer Care Center | 7100-000 | 469.73 | N/A | N/A | 0.00 |
| NOTFILED | Fun Express | 7100-000 | 194.96 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America Business Card | 7100-000 | 7,107.92 | N/A | N/A | 0.00 |
| NOTFILED | Creative Expressions | 7100-000 | 825.64 | N/A | N/A | 0.00 |
| NOTFILED | Iowa Student Loan | 7100-000 | 25,481.00 | N/A | N/A | 0.00 |
| NOTFILED | Citi Cards | 7100-000 | 24,740.00 | N/A | N/A | 0.00 |
| NOTFILED | Iowa Student Loan | 7100-000 | 23,418.00 | N/A | N/A | 0.00 |
| NOTFILED | Franco American | 7100-000 | 416.88 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America Business Card | 7100-000 | 18,585.00 | N/A | N/A | 0.00 |
| NOTFILED | Iowa Student Loan | 7100-000 | 22,089.00 | N/A | N/A | 0.00 |
| NOTFILED | Iowa Student Loan | 7100-000 | 8,278.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Card Services | 7100-000 | 7,537.50 | N/A | N/A | 0.00 |
| NOTFILED | Iowa Student Loan | 7100-000 | 10,211.00 | N/A | N/A | 0.00 |
| NOTFILED | Department of Busness Affairs | 7100-000 | 375.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Card Services Cardmember Service | 7100-000 | 12,899.51 | N/A | N/A | 0.00 |
| NOTFILED | Fifth Third Bank c/o Markoff & Krasny | 7100-000 | 19,556.72 | N/A | N/A | 0.00 |
| NOTFILED | Chase Auto Finance | 7100-000 | 6,027.01 | N/A | N/A | 0.00 |
| NOTFILED | Christmas Source | 7100-000 | 171.14 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| **TOTAL GENERAL UNSECURED CLAIMS** | 475,531.14 | 311,359.00 | 309,066.62 | 10,877.41 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-16522  
**Case Name:** PLATTS, HOYT V.  
PLATTS, SUSAN M.  
**Period Ending:** 02/21/12

**Trustee:** (330480) DEBORAH K. EBNER  
**Filed (f) or Converted (c):** 04/14/10 (f)  
**§341(a) Meeting Date:** 06/07/10  
**Claims Bar Date:** 11/03/10

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Cash on hand | 200.00 | 0.00 | | 0.00 | FA |
| 2 | Checking account at Chase Bank | 829.78 | 0.00 | | 0.00 | FA |
| 3 | Savings account at Chase Bank | 498.15 | 0.00 | | 0.00 | FA |
| 4 | Check account at Citibank | 0.00 | 0.00 | | 0.00 | FA |
| 5 | Checking account for Party Barn at Chase Bank | 1,000.00 | 0.00 | | 0.00 | FA |
| 6 | Checking account for Party Barn at Citibank | 0.00 | 0.00 | | 0.00 | FA |
| 7 | Usual and ordinary household goods and furnishin | 300.00 | 0.00 | | 0.00 | FA |
| 8 | Horse drawn sleigh | 500.00 | 0.00 | | 0.00 | FA |
| 9 | Usual and ordinary wearing apparel for adult mal | 200.00 | 0.00 | | 0.00 | FA |
| 10 | Wedding rings, watch, costume jewelry | 500.00 | 0.00 | | 0.00 | FA |
| 11 | Whole Life Insurance (husband is beneficiary) | 1,812.79 | 0.00 | | 0.00 | FA |
| 12 | 401k with former employer | Unknown | 0.00 | | 0.00 | 0.00 |
| 13 | Stocks and interests in Party Barn LLC - 60% own | 0.00 | 0.00 | | 0.00 | 0.00 |
| 14 | Ameritrade account | 1,186.94 | 0.00 | | 0.00 | FA |
| 15 | Joint debtor has a 1/5 interest in the Estate of | 25,400.00 | 8,664.87 | | 13,000.00 | FA |
| 16 | 2001 Buick Rendezvous - 146,000 miles | 0.00 | 0.00 | | 0.00 | FA |
| 17 | 2002 Pontiac Firebird - 35,000 miles | 4,450.00 | 0.00 | | 0.00 | FA |
| 18 | Computers | 500.00 | 250.00 | | 0.00 | FA |
| 19 | Tax Refund 2009 | 1,000.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.38 | FA |
| 20 | Assets   Totals (Excluding unknown values) | **$38,377.66** | **$8,914.87** | | **$13,000.38** | **$0.00** |

**Major Activities Affecting Case Closing:**

Unclaimed funds to be turned over to the Clerk of US Bankruptcy Court after which Final Account will be prepared.

Printed: 02/21/2012 02:09 AM   V.12.57

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-16522  
**Case Name:** PLATTS, HOYT V.  
PLATTS, SUSAN M.  
**Period Ending:** 02/21/12

**Trustee:** (330480)   DEBORAH K. EBNER  
**Filed (f) or Converted (c):** 04/14/10 (f)  
**§341(a) Meeting Date:** 06/07/10  
**Claims Bar Date:** 11/03/10

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**   December 31, 2015        **Current Projected Date Of Final Report (TFR):**   July 1, 2011  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 10-16522
**Case Name:** PLATTS, HOYT V.
PLATTS, SUSAN M.
**Taxpayer ID #:** **-***3725
**Period Ending:** 02/21/12

**Trustee:** DEBORAH K. EBNER (330480)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******29-65 - Money Market Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/19/11 | {15} | First American Title Ins Co. | Debtor's share of inheritance | 1129-000 | 13,000.00 | | 13,000.00 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 13,000.03 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 13,000.14 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 13,000.24 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 13,000.35 |
| 08/11/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.03 | | 13,000.38 |
| 08/11/11 | | To Account #9200******2966 | To close | 9999-000 | | 13,000.38 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 13,000.38 | 13,000.38 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 13,000.38 | |
| | | | **Subtotal** | | 13,000.38 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$13,000.38** | **$0.00** | |

{} Asset reference(s)

Printed: 02/21/2012 02:09 AM V.12.57

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 10-16522 | | **Trustee:** | DEBORAH K. EBNER (330480) |
|---|---|---|---|---|
| **Case Name:** | PLATTS, HOYT V. | | **Bank Name:** | The Bank of New York Mellon |
| | PLATTS, SUSAN M. | | **Account:** | 9200-******29-66 - Checking Account |
| **Taxpayer ID #:** | **-***3725 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 02/21/12 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/11/11 | | From Account #9200******2965 | To close | 9999-000 | 13,000.38 | | 13,000.38 |
| 08/16/11 | 101 | DEBORAH K. EBNER | Dividend paid 100.00% on $2,050.01, Trustee Compensation; Reference: | 2100-000 | | 2,050.01 | 10,950.37 |
| 08/16/11 | 102 | DEBORAH K. EBNER | Dividend paid 100.00% on $72.96, Trustee Expenses; Reference: | 2200-000 | | 72.96 | 10,877.41 |
| 08/16/11 | 103 | Discover Bank | Dividend paid 3.51% on $14,666.23; Claim# 1; Filed: $14,666.23; Reference: XXXX XXXX XXXX 2088 | 7100-000 | | 516.17 | 10,361.24 |
| 08/16/11 | 104 | Discover Bank | Dividend paid 3.51% on $16,252.91; Claim# 2; Filed: $16,252.91; Reference: XXXX-XXXX-XXXX-3330 | 7100-000 | | 572.01 | 9,789.23 |
| 08/16/11 | 105 | Impact Innovations | Dividend paid 3.51% on $750.58; Claim# 3; Filed: $750.58; Reference: PARTYBA | 7100-000 | | 26.42 | 9,762.81 |
| 08/16/11 | 106 | Chase Bank USA, N.A. | Dividend paid 3.51% on $14,887.17; Claim# 5; Filed: $14,887.17; Reference: XXXX XXXX XXXX 2722 | 7100-000 | | 523.94 | 9,238.87 |
| 08/16/11 | 107 | Chase Bank USA, N.A. | Dividend paid 3.51% on $23,473.63; Claim# 6; Filed: $23,473.63; Reference: XXXX XXXX XXXX 6231 | 7100-000 | | 826.14 | 8,412.73 |
| 08/16/11 | 108 | Chase Bank USA, N.A. | Dividend paid 3.51% on $9,415.34; Claim# 7; Filed: $9,415.34; Reference: XXXX XXXX XXXX 0345 | 7100-000 | | 331.37 | 8,081.36 |
| 08/16/11 | 109 | Capital One Bank(USA),NA by American Infosource Lp As Agent | Dividend paid 3.51% on $8,504.73; Claim# 8; Filed: $8,504.73; Reference: XXXX XXXX XXXX 7627 | 7100-000 | | 299.32 | 7,782.04 |
| 08/16/11 | 110 | Capital One Bank (USA),NA by American Infosource Lp As Agent | Dividend paid 3.51% on $17,560.60; Claim# 9; Filed: $17,560.60; Reference: XXXX XXXX XXXX 8855 | 7100-000 | | 618.03 | 7,164.01 |
| 08/16/11 | 111 | Advanta Bank Corp. in receivership of FDIC | Dividend paid 3.51% on $3,314.70; Claim# 10; Filed: $3,314.70; Reference: XXXX XXXX XXXX 6656 | 7100-000 | | 116.66 | 7,047.35 |
| 08/16/11 | 112 | GE Money Bank | Dividend paid 3.51% on $369.39; Claim# 11; Filed: $369.39; Reference: XXXX XXXX XXXX 8339 | 7100-000 | | 13.00 | 7,034.35 |
| 08/16/11 | 113 | Fifth Third Bank | Dividend paid 3.51% on $18,622.59; Claim# 12; Filed: $18,622.59; Reference: XXXX XXXX XXXX 9994 | 7100-000 | | 655.41 | 6,378.94 |
| 08/16/11 | 114 | Capital Recovery III LLCc/o Recovery Management Systems | Dividend paid 3.51% on $25,299.42; Claim# 13; Filed: $25,299.42; Reference: XXXX XXXX | 7100-000 | | 890.40 | 5,488.54 |

Subtotals :     $13,000.38     $7,511.84

{} Asset reference(s)

Printed: 02/21/2012 02:09 AM     V.12.57

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 10-16522  
**Case Name:** PLATTS, HOYT V.  
PLATTS, SUSAN M.  
**Taxpayer ID #:** **-***3725  
**Period Ending:** 02/21/12

**Trustee:** DEBORAH K. EBNER (330480)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******29-66 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | Corp | XXXX 1715 | | | | |
| 08/16/11 | 115 | Capital Recovery III LLCc/o Recovery Management Systems Corp | Dividend paid   3.51% on $11,685.02; Claim# 14; Filed: $11,685.02; Reference: 0235 | 7100-000 | | 411.25 | 5,077.29 |
| 08/16/11 | 116 | Capital Recovery III LLCc/o Recovery Management Systems Corp | Dividend paid   3.51% on $5,479.42; Claim# 15; Filed: $5,479.42; Reference: XXXX XXXX XXXX 3692 | 7100-000 | | 192.84 | 4,884.45 |
| 08/16/11 | 117 | Capital Recovery III LLCc/o Recovery Management Systems Corp | Dividend paid   3.51% on $18,240.98; Claim# 16; Filed: $18,240.98; Reference: XXXX XXXX XXXX 7691 | 7100-000 | | 641.98 | 4,242.47 |
| 08/16/11 | 118 | Capital Recovery III LLCc/o Recovery Management Systems Corp | Dividend paid   3.51% on $3,247.73; Claim# 17; Filed: $3,247.73; Reference: XXXX XXXX XXXX 6454 | 7100-000 | | 114.30 | 4,128.17 |
| 08/16/11 | 119 | Capital Recovery III LLCc/o Recovery Management Systems Corp | Dividend paid   3.51% on $17,112.11; Claim# 18; Filed: $17,112.11; Reference: XXXX XXXX XXXX 0804 | 7100-000 | | 602.25 | 3,525.92 |
| 08/16/11 | 120 | American Express Bank, FSB | Dividend paid   3.51% on $2,300.83; Claim# 19; Filed: $2,300.83; Reference: XXXX XXXXXX X1001 | 7100-000 | | 80.98 | 3,444.94 |
| 08/16/11 | 121 | American Express Centurion Bank | Dividend paid   3.51% on $537.53; Claim# 20; Filed: $537.53; Reference: XXXX XXXXXX X1000 | 7100-000 | | 18.92 | 3,426.02 |
| 08/16/11 | 122 | Fia Card ServicesNA / BOA by American Infosource Lp As Agent | Dividend paid   3.51% on $4,890.08; Claim# 21; Filed: $4,890.08; Reference: XXXX XXXX XXXX 1481<br>Stopped on 01/24/12 | 7100-000 | | 172.10 | 3,253.92 |
| 08/16/11 | 123 | Fia Card Services, NA/BOA by American Infosource Lp As Agent | Dividend paid   3.51% on $5,849.94; Claim# 22; Filed: $5,849.94; Reference: XXXX XXXX XXXX 9278<br>Stopped on 01/24/12 | 7100-000 | | 205.89 | 3,048.03 |
| 08/16/11 | 124 | Fia Card Services, NA/BOA by American Infosource Lp As Agent | Dividend paid   3.51% on $9,288.19; Claim# 23; Filed: $9,288.19; Reference: XXXX XXXX XXXX 3835<br>Stopped on 01/24/12 | 7100-000 | | 326.89 | 2,721.14 |
| 08/16/11 | 125 | 18 Larken LLC | Dividend paid   3.51% on $77,317.50; Claim# 24; Filed: $77,317.50; Reference: 3603 | 7100-000 | | 2,721.14 | 0.00 |
| 01/24/12 | 122 | Fia Card ServicesNA / BOA by American Infosource Lp As Agent | Dividend paid   3.51% on $4,890.08; Claim# 21; Filed: $4,890.08; Reference: XXXX XXXX XXXX 1481<br>Stopped: check issued on 08/16/11 | 7100-000 | | -172.10 | 172.10 |

Subtotals :    $0.00    $5,316.44

{} Asset reference(s)

Printed: 02/21/2012 02:09 AM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| **Case Number:** | 10-16522 | | **Trustee:** | DEBORAH K. EBNER (330480) |
|---|---|---|---|---|
| **Case Name:** | PLATTS, HOYT V. | | **Bank Name:** | The Bank of New York Mellon |
| | PLATTS, SUSAN M. | | **Account:** | 9200-******29-66 - Checking Account |
| **Taxpayer ID #:** | **-***3725 | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 02/21/12 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/24/12 | 123 | Fia Card Services, NA/BOA by American Infosource Lp As Agent | Dividend paid   3.51% on $5,849.94; Claim# 22; Filed: $5,849.94; Reference: XXXX XXXX XXXX 9278<br>Stopped: check issued on 08/16/11 | 7100-000 | | -205.89 | 377.99 |
| 01/24/12 | 124 | Fia Card Services, NA/BOA by American Infosource Lp As Agent | Dividend paid   3.51% on $9,288.19; Claim# 23; Filed: $9,288.19; Reference: XXXX XXXX XXXX 3835<br>Stopped: check issued on 08/16/11 | 7100-000 | | -326.89 | 704.88 |
| 01/24/12 | 126 | Clerk of US Bankruptcy Court | Turnover of unnegotiated Funds | | | 704.88 | 0.00 |
| | | | Ref # XXXX XXXX XXXX 1481          172.10 | 7100-001 | | | 0.00 |
| | | | Ref # XXXX XXXX XXXX 9278          205.89 | 7100-001 | | | 0.00 |
| | | | Ref # XXXX XXXX XXXX 3835          326.89 | 7100-001 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 13,000.38 | 13,000.38 | $0.00 |
| | | | Less: Bank Transfers | | 13,000.38 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 13,000.38 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$13,000.38** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # 9200-******29-65** | 13,000.38 | 0.00 | 0.00 |
| **Checking # 9200-******29-66** | 0.00 | 13,000.38 | 0.00 |
| | $13,000.38 | $13,000.38 | $0.00 |

{} Asset reference(s)                                                                                                                                Printed: 02/21/2012 02:09 AM    V.12.57